IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| SHANGHAI TAINAI BEARING CO., LTD. et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant-Appellee. | 2025-1405 |

NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 47.3 of the Federal Circuit Rules, defendant-appellee, the United States, respectfully provides this notice of the withdrawal of principal counsel, Daniel Bertoni, from the above-captioned matter. Mr. Bertoni has left the Department of Justice and the case has been reassigned to Catherine M. Yang, who will replace Mr. Bertoni as defendant-appellee's principal counsel. A completed Entry of Appearance for Ms. Yang accompanies this notice.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

CLAUDIA BURKE
Deputy Director

/s/ Catherine M. Yang
CATHERINE M. YANG
Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480 | Ben Franklin Station
Washington, DC 20044
(202) 514-4336
Catherine.m.yang@usdoj.gov

February 3, 2026        *Attorneys for the United States*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2025-1405

**Short Case Caption:** Shanghai Tainai Bearing Co., Ltd. v. United States

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

United States

| | | |
|---|---|---|
| **Principal Counsel:** Catherine M. Yang | | Admission Date: |
| Firm/Agency/Org.: U.S. Department of Justice, Commercial Litigation Branch | | |
| Address: PO Box 480, Ben Franklin Station, Washington, DC 20044 | | |
| Phone: 202-514-4336 | Email: catherine.m.yang@usdoj.gov | |
| **Other Counsel:** | | Admission Date: |
| Firm/Agency/Org.: | | |
| Address: | | |
| Phone: | Email: | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 2/3/26         Signature: /s/ Catherine M. Yang

                     Name: Catherine M. Yang